# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROSEHILL CONSTRUCTION, LLC

VERSUS

TED HEBERT, LLC

NO. 2022 CW 0039

**APRIL 22, 2022**

---

In Re: Rosehill Construction, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676846.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The district's court's February 22, 2022 judgment vacated its December 13, 2021 judgment.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT